UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SONIA P BALTAL,

                Plaintiff,

    -against-

MICHAEL J. ASTRUE, Commissioner,
of Social Security,

                Defendant.
-----------------------------------------------------------X

07 CIVIL 5661 (SAS)

**JUDGMENT**

    Defendant having moved for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c), and the said motion having come before the Honorable Shira A Scheindlin, United States District Judge, and the Court thereafter, on Feb. 27, 2008 having rendered its Memorandum Opinion and Order granting defendant's motion for judgment on the pleadings and closing the case, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Memorandum Opinion and Order dated February 27, 2008, defendant's motion for judgment on the pleadings is granted; accordingly, the case is closed.

**Dated:** New York, New York
        February 29, 2008

                                    J. MICHAEL McMAHON
                                    Clerk of Court
                    BY:
                                    Deputy Clerk

